### HERNDON *v.* THE STATE.

BECK, J. 1. The rulings of the court as to the admission of the testimony which were complained of, and the portions of the charge excepted to, were not erroneous for any of the reasons assigned.

2. The evidence authorized the verdict, and the judgment· of the court in refusing a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Argued July 16,—Decided August 17, 1906.

Indictment for murder. Before Judge Littlejohn. Sumter superior court. July 9, 1906.

*Williams & Harper* and *J. A. Ansley,* for plaintiff in error.

*John C. Hart, attorney-general,* and *Frank A. Hooper, solicitor-general,* contra.